AO 257 (Rev. 6/78)

AMENDED

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

**OFFENSE CHARGED**
18 U.S.C. § 113 (a)(4) - Assault, Class B Misdemeanor

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

E-filing

**PENALTY:**
Maximum Prison Term: 6 Months;
Maximum Fine: $5,000;
Mandatory Special Assessment of $10.

CR 07 0332 MAG

**DEFENDANT - U.S.**
ANDRES RINCON HERNANDES and
JOSE MANUEL HERNANDEZ CARMONA

**DISTRICT COURT NUMBER**
CR 07-0332

FILED MAY 29 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT**
**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)

nATIONAL pARK sERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
3-07-70279 EDL

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☑ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution
Federal Custody

Has detainer been filed?  ☑ Yes  ☐ No   If "Yes" give date filed

**DATE OF ARREST**  Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY**  Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  DEREK R. OWENS, SAUSA

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☑ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

07 MAY 29 PM 2:31

**OFFENSE CHARGED**

18 U.S.C. § 113 (a)(4) - Assault, Class B Misdemeanor

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Maximum Prison Term: 6 Months;
Maximum Fine: $5,000;
Mandatory Special Assessment of $10.

**DEFENDANT - U.S.**
▶ ANDRES RINCON HERNANDEZ and
▶ JOSE MANUEL HERNANDEZ-CARMONA

**DISTRICT COURT NUMBER**
CR 07 0332 MAG

**DEFENDANT** — MMC

### PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
National Park Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

**SHOW DOCKET NO.**

**MAGISTRATE CASE NO.**
3-07-70279 EDL

**Name and Office of Person Furnishing Information on THIS FORM**
SCOTT N. SCHOOLS
☑ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
DEREK R. OWENS, SAUSA

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☑ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution
Federal Custody

Has detainer been filed? ☑ Yes ☐ No } If "Yes" give date filed Month/Day/Year _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED
07 MAY 29 PM 2:31
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>ANDRES RINCON HERNANDEZ, and<br>JOSE MANUEL HERNANDEZ<br>CARMONA,<br>    Defendant. | CR 07 0332 MAG MMC<br>VIOLATIONS: 18 U.S.C. § 113(a)(4) –<br>Assault (Class B Misdemeanor)<br>SAN FRANCISCO VENUE |

INFORMATION

The United States Attorney charges:

On or about May 13, 2007, within the special maritime and territorial jurisdiction of the United States, specifically, Point Reyes National Seashore, in the Northern District of California, the defendants,

ANDRES RINCON HERNANDEZ, and
JOSE MANUEL HERNANDEZ CARMONA,

physically assaulted by striking, beating, and wounding a person, in violation of Title 18, United

//

INDICTMENT

States Code, Section 113(a)(4), a Class B Misdemeanor.

DATED: 5/29/07

SCOTT N. SCHOOLS
United States Attorney

GREGG LOWDER
Deputy Chief, Major Crimes Section

(Approved as to form: _____ )
DEREK R. OWENS
Special Assistant United States Attorney

INDICTMENT