

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

11th Floor, Federal Building　　　　　　　　　(415) 436-7200
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102　　　　　　　FAX:(415) 436-7234

May 30, 2007

FILED
MAY 30 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking, Clerk of Court
United States District Court
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

    Re:    Re: <u>United States v. Andres Rincon Hernandez and Jose Manuel Hernandez Carmona</u>, CR 07-0332
           Amended Penalty Sheet

Clerk of Court:

    The above referenced matter was filed with an error on the Penalty Sheet in the "Offense Charged" Section. The case is a Class B Misdemeanor, and as such should have been designated the proper boxes for "Information" and "Misdemeanor." The attached Penalty Sheet is amended to accurately represent the charged offense.

    If you have any questions, please contact me at (415) 436-6488.

                                Sincerely,

                                SCOTT N. SCHOOLS
                                United States Attorney

                                DEREK R. OWENS
                                Special Assistant United States Attorney